PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs.                                   )<br>)<br>**ELISEO SOTO**                     )<br>) | **Docket Number: 1:05CR00431-001** |

On June 26, 2006, the above-named was placed on Probation for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ R. Walters

**R. WALTERS
United States Probation Officer**

Dated:   June 16, 2008
         Bakersfield, California
         RCW:dk

                    /s/ Thomas A. Burgess
**REVIEWED BY:** _____
              **THOMAS A. BURGESS
              Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    Eliseo SOTO**
**       Docket Number:   1:05CR00431-001**
**       ORDER TERMINATING PROBATION**
**       <u>PRIOR TO EXPIRATION DATE</u>**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from Probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   June 16, 2008**                    <u>       /s/ Anthony W. Ishii       </u>
                                               UNITED STATES DISTRICT JUDGE